UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Antonio Manzo-Diaz,

        Plaintiff,                    Case Number: 25-cv-10110
                                        Honorable Nancy G. Edmunds

v.

Fredeane Artis, et al.,

       Defendants.
_____/

## OPINION AND ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is Plaintiff Antonio Manzo-Diaz's complaint filed under 42 U.S.C. § 1983. For the reasons stated below, the complaint is dismissed without prejudice.

On January 12, 2025, Plaintiff filed a *pro se* complaint. (ECF No. 1.) He also filed an application for leave to proceed without prepayment of the filing fee. (ECF No. 2.) A prisoner seeking leave to proceed *in forma pauperis* must "submit a certified copy of the trust fund account statement ... for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2). Because Plaintiff failed to submit a certified trust fund account statement, the Court ordered him to do so within thirty (30) days and cautioned that failure to

correct the deficiency would result in dismissal of the case without prejudice. (ECF No. 4.)

Plaintiff has not submitted a certified trust account statement. By failing to provide the documentation needed to proceed *in forma pauperis* or to pay the filing and administrative fees, Plaintiff has not complied with the deficiency order.

Accordingly, the complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff may initiate a new civil rights action under a new case number by either paying the filing and administrative fees or filing the necessary documentation to proceed without prepayment of fees.

**IT IS SO ORDERED**.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: May 5, 2025